IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**EARNEST SMITH**                                                                                              **PLAINTIFF**

**V.**                                      **4:22CV00125 JM**

**JENNIFER MENGE**, *et al*.                                                                **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 2nd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE